820

Roger Dale INGRAM

v.

STATE

CR-13-1779

Court of Criminal Appeals of Alabama.

02/06/2015

Reh. denied

Larry Charles JOHNSON

v.

STATE

CR-13-1789

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

Jermaine PRINGLE

v.

ALABAMA BD. OF PARDONS
& PAROLES

CR-13-1791

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed

Willie POWELL

v.

STATE

CR-13-1802

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed

Wareese Jahawn DORCH

v.

STATE

CR-13-1805

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed